Case 1:24-cv-00806-VEC   Document 38   Filed 11/14/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
STEVEN WILLIAMS,

                     Plaintiff,

           -against-                             24-CV-806 (VEC)

THE CITY OF NEW YORK, JOSE RODRIGUEZ,     ORDER
NEON CHOWDHURY, ALEX
ALMONTEPICHARDO, JOSEPH RINALDO,
DANIEL LIBERATORE, JOSE GOMERA,
MICHAEL MARRONE, and ANTHONY
RIVERA,

                     Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 17, 2024, the Court set an Initial Pretrial Conference in this matter for Friday, November 15, 2024, after Court-ordered mediation failed, *see* Dkt. 37; and

       WHEREAS the parties' joint letter and proposed Civil Case Management Plan are due by not later than Thursday, December 12, 2024, *id.*

       IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for Friday, November 15, 2024, at 10:00 A.M. is ADJOURNED to **Friday, December 20, 2024, at 10:00 A.M.** The parties' deadline to submit the joint letter and proposed Civil Case Management Plan as detailed in the Court's Order at Dkt. 37 remains **Thursday, December 12, 2024**.

**SO ORDERED.**

Date: November 14, 2024
       New York, New York

                                                 **VALERIE CAPRONI**
                                           **United States District Judge**