

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2024
```

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

Amy Robinson
*Senior Counsel*
arobinso@law.nyc.gov
Phone: (212) 356-3518
Fax: (212) 356-1148

December 12, 2024

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New, New York 10007

**MEMO ENDORSED**

    In Re: Steven Williams v. City of New York, et al.
             24-CV-806 (VEC)

Your Honor:

    I am Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendants in the above-referenced matter. In that capacity, defendants write with the consent of Plaintiff's counsel, Clyde Rastetter, Esq., to respectfully request an adjournment of the Initial Pretrial Conference from December 20, 2024, to a date and time convenient for the Court after January 13, 2025 and a corresponding extension of time to file the parties' Joint Letter and Case Management Plan, which is currently due on today. The reason for this request is the undersigned is going on unexpected medical leave beginning on December 13, 2024, and accordingly, this case will need to be reassigned to another Assistant Corporation Counsel. Accordingly, it is respectfully requested that the requested adjournments be granted so that the newly assigned Assistant Corporation Counsel can have sufficient time to familiarize themselves with the case and be adequately prepared for the conference.

    Thank you for your consideration herein.

Respectfully submitted,

*Amy Robinson*

Amy Robinson
*Senior Counsel*
Special Federal Litigation Division

cc: To Plaintiff's Counsel (*via* ECF)

Application GRANTED. The Initial Pretrial Conference scheduled for Friday, December 20, 2024, at 10:00 A.M. is ADJOURNED to **Friday, January 17, 2025, at 10:00 A.M.** The parties' deadline to submit the joint letter and proposed Civil Case Management Plan as detailed in the Court's Order at Dkt. 37 is extended from Thursday, December 12, 2024, to **Thursday, January 9, 2025**.

SO ORDERED.

*[signature]*                               12/12/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE