```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
STEVEN WILLIAMS,                                    :
                                                    :
                            Plaintiff,              :
                                                    :
            -against-                               :        24-CV-806 (VEC)
                                                    :
THE CITY OF NEW YORK, JOSE RODRIGUEZ,:                       ORDER
NEON CHOWDHURY, ALEX                                :
ALMONTEPICHARDO, JOSEPH RINALDO,                    :
DANIEL LIBERATORE, JOSE GOMERA,                     :
MICHAEL MARRONE, and ANTHONY                        :
RIVERA,                                             :
                                                    :
                            Defendants.             :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 17, 2025, Defendants requested a 60-day extension of the discovery deadlines in this case, and the Court granted the extension, with the admonition that the Court would not further extend those deadlines, *see* Dkt. 47;

WHEREAS on April 16, 2025, Defendants requested an extension of an April 16, 2025 intermediate deadline the parties agreed to for Defendant to produce documents and respond to interrogatories, to May 16, 2025, *see* Dkt. 48;

WHEREAS Plaintiff opposed the motion, *see* Dkt. 49;

WHEREAS on April 18, 2025, the Court denied Defendants' request without prejudice to renewal, directed the parties to meet and confer in person for at least one hour, and ordered the parties to comply with the Court's Individual Practices in Civil Cases regarding raising discovery disputes in the event they could not reach a resolution, *see* Dkt. 50; and

WHEREAS pursuant to the Undersigned's Rules, on May 1, 2025, counsel for Plaintiff emailed Chambers to request a discovery conference, as the parties could not resolve the extension of the April 16, 2025 deadline; Plaintiff sought on April 30, 2025 deadline, whereas Defendants believed they could comply early in the week of May 5, 2025;

IT IS HEREBY ORDERED that Defendants' deadline to respond to Plaintiff's requests for discovery and interrogatories, originally set by the parties as April 16, 2025, is **Friday, May 9, 2025**.  Counsel for the parties are admonished to conduct discovery in an efficient and cordial manner.  In so doing, they will not require the Court to weigh in on such quotidian disputes that counsel ought to be able to resolve amongst themselves.

A discovery conference is unnecessary at this time.  If Defendants' delays result in the parties' inability to complete fact discovery by the July 18, 2025 deadline, the Court will consider a timely motion to extend the discovery deadlines, but such extension shall not exceed three weeks.

**SO ORDERED.**

**Date:  May 5, 2025**
**New York, New York**

_(signature)_
**VALERIE CAPRONI**
**United States District Judge**