```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
STEVEN WILLIAMS,  :
 :
                         Plaintiff, :
 :
           -against- :    24-CV-806 (VEC)
 :
THE CITY OF NEW YORK, JOSE RODRIGUEZ,:    ORDER
NEON CHOWDHURY, ALEX :
ALMONTEPICHARDO, JOSEPH RINALDO, :
DANIEL LIBERATORE, JOSE GOMERA, :
MICHAEL MARRONE, and ANTHONY :
RIVERA, :
 :
                      Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 10, 2025, pursuant to the Undersigned's Individual Practices in Civil Cases, Plaintiff contacted Chambers to request a teleconference to resolve a discovery dispute;

       WHEREAS the teleconference is scheduled for today, July 14, 2025, at 3:30 P.M.; and

       WHEREAS Plaintiff has identified 20 sections of the NYPD Patrol Guide that he argues are relevant to his claims, and Defendants have refused to produce 17 of those sections that were purportedly in force at the time Plaintiff's November 6, 2022 arrest;

       IT IS HEREBY ORDERED that by today, **July 14, 2025, at 1:30 P.M.**, Plaintiff is required to submit to the Court a list of the subject matters covered by the 17 sections of the NYPD Patrol Guide at issue.

**SO ORDERED.**

Date: July 14, 2025
       New York, New York

                                                   **VALERIE CAPRONI
                                                   United States District Judge**