UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STEVEN WILLIAMS,

                             **Plaintiff,**

     -against-

THE CITY OF NEW YORK, et al.,

                            **Defendants.**

-------------------------------------------------------------X

24-CV-00806 (VEC)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2025

**SARAH NETBURN, United States Magistrate Judge:**

       On July 24, 2025, this case was assigned to my docket for discovery disputes. The parties are ORDERED to file a joint status letter of no more than three pages by July 29, 2025, identifying any existing discovery disputes and what efforts have been made to resolve them. The letter should also indicate whether the parties believe a settlement conference would be appropriate after the close of fact discovery on August 8, 2025.

**SO ORDERED.**

                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:     July 28, 2025
                 New York, New York