UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STEVEN WILLIAMS,

                           Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                        Defendants.

------------------------------------------------------------------X

24-CV-00806 (VEC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      In their August 1, 2025 letter to the Court, the parties expressed an interest in scheduling a settlement conference in September. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Currently, the Court is available for a September settlement conference only on September 11, 2025, September 12, 2025, or September 24, 2025. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 5, 2025
            New York, New York