```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STEVEN WILLIAMS,

                      Plaintiff,

      -against-                            24-CV-806 (VEC)

THE CITY OF NEW YORK, JOSE RODRIGUEZ,          ORDER
NEON CHOWDHURY, ALEX
ALMONTEPICHARDO, JOSEPH RINALDO,
DANIEL LIBERATORE, JOSE GOMERA,
MICHAEL MARRONE, and ANTHONY
RIVERA,

                      Defendants.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 15, 2025, the parties appeared before the Court for a status conference;

       IT IS HEREBY ORDERED that the parties' deadline to complete expert discovery is ADJOURNED *sine die*.

       IT IS FURTHER ORDERED that Defendants' motion for summary judgment is due **Friday, October 24, 2025**. Plaintiff's opposition to Defendants' motion is due **Friday, November 21, 2025**. Defendants' reply papers are due **Wednesday, December 10, 2025**. The parties are directed to review Rule 4.G.ii of the Undersigned's Individual Practices in Civil Cases for instructions on how to prepare the 56.1 Statement. At the close of briefing, there should be a single, consolidated 56.1 Statement.

**SO ORDERED.**

Date: August 15, 2025
       New York, New York

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**