

**MURIEL GOODE-TRUFANT**
Corporation Counsel

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, N.Y. 10007

**TOBIAS E. ZIMMERMAN**
phone: (212) 356-2423
fax: (212) 356-3509
tzimmerm@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/22/2025

December 19, 2025

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312



Re:    Steven Williams v. City of New York, et al., No. 24 Civ. 0806 (VEC)(SN).

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and one of the attorneys assigned to the defense of the above-captioned matter. Defendants write with the knowledge and consent of Plaintiff's counsel to request a two-week extension of time for Defendants to file their motion for summary judgment, from Tuesday December 23, 2025, to and including Tuesday January 6, 2026. This is Defendants' second request for an extension of time to file their motion for summary judgment.

Defendants are requesting this extension due to several factors that have impacted defense counsel's ability to meet the briefing schedule set forth in the Court's Order dated October 23, 2025 (Dkt. No. 79). First, the Assistant Corporation Counsel previously assigned to this case, Ms. Jacquelyn Dainow, separated from the New York City Law Department, necessitating the reassignment of this case to new attorneys including the undersigned. Following that reassignment, significant time was needed to review the extensive video and testamentary record developed during discovery. While we had budgeted adequate time for this transition, that planning was disrupted in the past two weeks due to illness. Given the upcoming Christmas and New Years holidays, we believe it prudent to request a two-week extension to complete Defendants' motion papers.

Defense counsel reached out to Plaintiff's counsel on Friday December 20th to explain the situation, and Plaintiff's counsel expressed understanding and graciously consented to Defense counsel requesting a two-week extension of the briefing schedule. Accordingly, Defendants respectfully request that the briefing schedule set forth in the Court's previous Order be modified as follows:

| Brief | Current Date | Requested Date |
|---|---|---|
| Defendants' motion | Dec. 23, 2026 | Jan. 6, 2026 |
| Plaintiff's opposition | Jan. 30, 2026 | Feb. 13, 2026 |
| Defendants' reply | Feb. 20, 2026 | Mar. 6, 2026[*] |

Defendants apologize for this unavoidable delay, and thank the Court for its consideration in this matter.

Respectfully submitted,

Tobias E. Zimmerman
*Senior Counsel*
Special Federal Litigation Division

cc:    Matthew W. Christiana **(via ECF)**
       Clyde Rastetter **(via ECF)**
       *Plaintiff's Counsel*

Application GRANTED.  Defendants' deadline to move for summary judgment is ADJOURNED from December 23, 2025, to **Tuesday, January 6, 2026**.  Plaintiff's deadline to oppose Defendants' summary judgment motion is ADJOURNED from January 30, 2026, to **Friday, February 13, 2026**. Defendants' deadline to file reply papers is ADJOURNED from February 20, 2026, to **Friday, March 6, 2026**.

SO ORDERED.

12/22/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

[*] Consistent with the current schedule, the Defendants Reply would be due 21 days after the submission of Plaintiff's opposition.