USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**STEVEN WILLIAMS,**

**Plaintiff,**

**-against-**

**THE CITY OF NEW YORK, et al.,**

**Defendants.**

**-----------------------------------------------------------------X**

**24-CV-00806 (VEC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

By no later than Friday, July 24, 2026, the parties are ORDERED to meet and confer and file a short status letter informing the Court whether they would like to schedule a settlement conference while the motion for summary judgment is pending.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 20, 2026
New York, New York