USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**STEVEN WILLIAMS,**

**Plaintiff,**

**-against-**

**THE CITY OF NEW YORK, et al.,**

**Defendants.**

----------------------------------------------------------------X

**24-CV-00806 (VEC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of the Court's ruling on Defendants' motion for summary judgment and its request for the parties to propose trial dates between November 2, 2026, and February 26, 2027, the parties are directed to meet and confer immediately regarding whether they wish to schedule a settlement conference in advance of the upcoming trial. If the parties believe a settlement conference would be productive, they may contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov to schedule a settlement conference. The Court will likely be unable to accommodate last-minute requests for a settlement conference, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for a settlement conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 5, 2026
New York, New York